# EXHIBIT B

**From:** Matt Treacy [mailto:mtreacy@thecapitolforum.com]
**Sent:** Monday, August 21, 2017 2:41 PM
**To:** 
**Subject:** MiMedx: Channel Stuffing Accusations Resurface in Recent Counterclaim; Former Employees Corroborate Allegations; A Close Look at Potential Risk

Hi ▮▮▮▮,

We published an update to our coverage of MiMedex earlier today. In the article, we detail channel stuffing allegations and recent counterclaims which may pose as a regulatory risk for the company. The article examines the allegations made by customers & former employees, the company's response to these claims, and the potential legal risks for MiMedx. I've included a brief excerpt from our article below.

> "...Claims that MiMedx engaged in an illegal channel stuffing scheme from 2014 to June 2016 recently resurfaced in a <u>counterclaim</u> filed on July 31, 2017 by defendant and former MiMedx employee Jess Kruchoski. The counterclaim provides additional detail regarding channel stuffing allegations that were first made public in a December 2016 lawsuit against MiMedx filed by Kruchoski and another former MiMedx employee named Luke Tornquist.
>
> Two days before the December 2016 suit was filed in Minnesota District Court, MiMedx filed separate suits against Kruchoski and Tornquist in Florida and Georgia, respectively, alleging that the former employees violated the terms of their noncompete agreements and other restrictive covenants. The Minnesota case was voluntarily dismissed for lack of jurisdiction; Kruchoski and Tornquist now separately maintain the channel stuffing allegations in the noncompete lawsuits..."

If you have some time today or later this week, I'd like to schedule a call to discuss our view on MiMedx or any other situations we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 (C) 516-941-6065
mtreacy@thecapitolforum.com | IM: mtreacy33



# The Capitol Forum Coverage List

| Antitrust/M&A Issues | Consumer Protection Issues |
| --- | --- |

| | |
|---|---|
| Ant Financial/MoneyGram | Amazon/Facebook/Apple/Google (GAFA) Antitrust |
| AT&T/Time Warner | Auto Financing |
| Bayer/Monsanto | Broadband Competition Rules |
| Boral/Headwaters | Broadcasting Industry Regulation |
| Broadcom/Brocade | Cable Regulation, Consolidation |
| CenturyLink/Level 3 | Chicken Price Manipulation |
| Dow Chemical/DuPont | Credit Acceptance Corp. |
| Essilor/Luxottica | DOL Fiduciary Rule |
| Euronet/Moneygram | FleetCor Technologies |
| Fox/Sky Networks | For-Profit Education |
| Golden Gate Capital/Neustar | Hearing Aid Manufacturers |
| Google/Amazon/Facebook/Apple (GAFA) Antitrust | Installment Lenders |
| Intel/Mobileye | Iron Mountain |
| Inversions Policy | MiMedx |
| John Wood Group PLC/Amec Foster Wheeler | Multi-Level Marketing |
| Liberty Interactive/HSN | Net Neutrality |
| Praxair/Linde | Nutrisystem |
| Qualcomm/NXP Semiconductors | OTC Hearing Aids |
| Sinclair/Tribune | Overstock.com |
| Sprint/Charter | Payday Lending/Peer-to-Peer Lending |
| | Pharmaceutical Pricing |
| | Primerica |
| | Private Prisons |
| | Rent-to-Own Lending |
| | ServiceMaster |
| | Snap-On Inc. |
| | Student Loans Servicing |
| | Vantiv Inc. |

| | Previously Covered Situations |
|---|---|
| Acthar Investigation | Cheetah Mobile |
| Advertising Agency Regulation | Cintas/G&K Services |
| Aetna Inc./Humana Inc. | Comcast Corp./Time Warner Cable |
| Aetna/Humana | CVS Pharmacy/Omnicare Inc. |
| Alliance Data Systems | Danone/WhiteWave |
| Altice/Cablevision | Exelon Corp./Pepco Holdings Inc. |
| AMC/Carmike | Expedia Inc./Orbitz Worldwide Inc. |
| Analog Devices/Linear Technology | FGL/Anbang |
| Anthem Inc./Cigna Corp | Gogo Litigation |
| Anthem/Cigna | Halliburton Co./Baker Hughes Inc. |
| Applied Materials/ Tokyo Electron | Hasbro/Mattel |
| ARRIS Group/Pace Plc. | ICANN |
| AT&T/DirecTV | Immigration Policy |
| Avago/Broadcom | Intel Corp/Altera Corp |
| Baker Hughes/Haliburton | Lifelock |
| Ball/ Rexam | M&T Bancorp/Hudson City |
| Bass Pro Shops/Cabela's Inc. | Marriott/Starwood |
| Big Lots | Menthol Regulation |

**Charter Communications/Time Warner Cable**      **Meredith/Media General**