# EXHIBIT C

# THE CAPITOL FORUM

Vol. 5 No. 298   September 7, 2017

## MiMedx: VA Office of Inspector General Confirms Investigation Involving MiMedx Documents

**Regulatory Update**

The VA Office of Inspector General (OIG) is conducting an investigation that involves documents related to MiMedx, according to an OIG response to a *Capitol Forum* FOIA request. The OIG disclosed the investigation in a denial of a FOIA request we submitted as part of our ongoing examination of allegations of channel stuffing made by former MiMedx employees.

"The records you requested are part of an ongoing law enforcement investigation and are not releasable at this time," wrote Christopher Connor, chief of the OIG's Release of Information Office, in a letter received on August 30. The full response can be accessed here.

The OIG denied the request under FOIA exemption 7(A), which allows government agencies to withhold documents if their disclosure "could reasonably be expected to interfere with enforcement proceedings," Connor said.

MiMedx CEO Pete Petit declined to say whether his company was the focus of the investigation. "The company will provide our official comments to allegations made in The Capitol Forum Group's reports through other means," he said in a written statement.

While the VA OIG declined to comment on the specific investigation referenced in the FOIA response, a spokesperson stated that, speaking generally, it is quite possible that a company could be unaware that it was the target of an investigation. The spokesperson noted that the VA OIG frequently partners with other federal agencies or a U.S. Attorney, and that those agencies sometimes dictate that a company be kept in the dark about a probe.

**FOIA Details**

We asked for the following documents in our FOIA request:

(1) Any and all correspondence between the VA OIG and MiMedx from January 1, 2014 to August 14, 2017;

(2) Any and all letters reflecting the initiation or closing of an audit of MiMedx;

(3) Any and all purchase orders in the possession of the VA OIG for products sold by MiMedx (EpiFix, AmnioFix, OrthoFlo, EpiCord, AmnioCord, CollaFix, AmnioFill)—we noted that the products could have been sold through MiMedx or one of its stocking distributors;

(4) Any records of returns of the products identified in request number three from VA hospitals to MiMedx or distributors.

As we previously reported, former MiMedx employees Jess Kruchoski and Luke Tornquist sued the company in December 2016, accusing MiMedx of engaging in an illegal channel stuffing scheme from 2014 to June 2016. MiMedx, which denies the allegations, sued Kruchoski and Tornquist separately, alleging that they violated the terms of their noncompete and confidentiality agreements.

© 2017 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.