# EXHIBIT D

From: Matt Treacy [mailto:mtreacy@thecapitolforum.com]
Sent: Thursday, September 07, 2017 8:13 AM
To: 
Subject: MiMedx: VA Office of Inspector General Confirms Investigation Involving MiMedx Documents

Hi ,

We published an update to our coverage of MiMedx earlier today. In the article, we detail the denial of our FOIA request for documents related to MiMedx under FOIA exemption 7(A) which allows agencies to withhold documents if the documents could interfere with enforcement proceedings. I've included a brief excerpt from our article below.

"…The VA Office of Inspector General (OIG) is conducting an investigation that involves documents related to MiMedx, according to an OIG response to a Capitol Forum FOIA request. The OIG disclosed the investigation in a denial of a FOIA request we submitted as part of our ongoing examination of allegations of channel stuffing made by former MiMedx employees.

"The records you requested are part of an ongoing law enforcement investigation and are not releasable at this time," wrote Christopher Connor, chief of the OIG's Release of Information Office, in a letter received on August 30. The full response can be accessed here…"

If you have some time today or later this week, I'd like to schedule a call to discuss our view on MiMedx or any other situations we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

Best Regards,
Matt Treacy

The Capitol Forum | Managing Director
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 (C) 516-941-6065
mtreacy@thecapitolforum.com | IM: mtreacy33



## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Consumer Protection Issues |
|---|---|
| Ant Financial/MoneyGram | Amazon/Facebook/Apple/Google (GAFA) Antitrust |

| | |
|---|---|
| AT&T/Time Warner | Auto Financing |
| Bayer/Monsanto | Broadband Competition Rules |
| Boral/Headwaters | Broadcasting Industry Regulation |
| Broadcom/Brocade | Cable Regulation, Consolidation |
| CenturyLink/Level 3 | Chicken Price Manipulation |
| Dow Chemical/DuPont | Credit Acceptance Corp. |
| Essilor/Luxottica | DOL Fiduciary Rule |
| Euronet/Moneygram | FleetCor Technologies |
| Fox/Sky Networks | For-Profit Education |
| Golden Gate Capital/Neustar | Hearing Aid Manufacturers |
| Google/Amazon/Facebook/Apple (GAFA) Antitrust | Installment Lenders |
| Intel/Mobileye | Iron Mountain |
| Inversions Policy | MiMedx |
| John Wood Group PLC/Amec Foster Wheeler | Multi-Level Marketing |
| Liberty Interactive/HSN | Net Neutrality |
| Fresenius/NxStage | Nutrisystem |
| Praxair/Linde | OTC Hearing Aids |
| Qualcomm/NXP Semiconductors | Overstock.com |
| Sinclair/Tribune | Payday Lending/Peer-to-Peer Lending |
| Sprint/Charter | Pharmaceutical Pricing |
| | Primerica |
| | Private Prisons |
| | Rent-to-Own Lending |
| | ServiceMaster |
| | Snap-On Inc. |
| | Student Loans Servicing |
| | Vantiv Inc. |

| **Previously Covered Situations** | |
|---|---|
| Acthar Investigation | Cheetah Mobile |
| Advertising Agency Regulation | Cintas/G&K Services |
| Aetna Inc./Humana Inc. | Comcast Corp./Time Warner Cable |
| Aetna/Humana | CVS Pharmacy/Omnicare Inc. |
| Alliance Data Systems | Danone/WhiteWave |
| Altice/Cablevision | Exelon Corp./Pepco Holdings Inc. |
| AMC/Carmike | Expedia Inc./Orbitz Worldwide Inc. |
| Analog Devices/Linear Technology | FGL/Anbang |
| Anthem Inc./Cigna Corp | Gogo Litigation |
| Anthem/Cigna | Halliburton Co./Baker Hughes Inc. |
| Applied Materials/ Tokyo Electron | Hasbro/Mattel |
| ARRIS Group/Pace Plc. | ICANN |
| AT&T/DirecTV | Immigration Policy |
| Avago/Broadcom | Intel Corp/Altera Corp |
| Baker Hughes/Haliburton | Lifelock |
| Ball/ Rexam | M&T Bancorp/Hudson City |
| Bass Pro Shops/Cabela's Inc. | Marriott/Starwood |
| Big Lots | Menthol Regulation |
| Charter Communications/Time Warner Cable | Meredith/Media General |

2