UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> DBW PARTNERS LLC, <br> D/B/A THE CAPITOL FORUM, <br> TREVOR BAINE, <br> TEDDY DOWNEY, <br> JAKE WILLIAMS, <br> MILES PULSFORD, <br> MATT TREACY, and <br> DOES 1-100, inclusive, <br><br> Defendants. | Case No. 1:17-cv-01925-JDB |

**MOTION FOR RECONSIDERATION
OF DENIAL OF MOTION TO DISMISS DEFAMATION COUNTS**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Defendants respectfully move for reconsideration of the portion of the Court's September 28, 2018, Memorandum Opinion and Order denying their motion to dismiss Plaintiff MiMedx Group, Inc.'s defamation claims—specifically, the Court's ruling that Plaintiff did not need to allege actual malice because its status as a public figure could not be determined from the allegations of the Complaint. The grounds for this motion, more fully stated in the accompanying Memorandum, are that this aspect of the Court's Order is inconsistent with a ruling by the United States District Court for the Southern District of New York that was entered one day later, on September 29, holding that Plaintiff had conceded its status as a public figure; that Plaintiff likewise conceded its public figure status in its opposition to the motion to dismiss in this case; and that Plaintiff's failure to allege actual malice therefore requires dismissal of its claims for defamation, libel and slander.

1

Respectfully submitted,

*/s/ Kevin T. Baine*
Kevin T. Baine
Stephen J. Fuzesi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
kbaine@wc.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br> v. <br> DBW PARTNERS LLC, <br>     D/B/A THE CAPITOL FORUM, <br> TREVOR BAINE, <br> TEDDY DOWNEY, <br> JAKE WILLIAMS, <br> MILES PULSFORD, <br> MATT TREACY, and <br> DOES 1-100, inclusive, <br><br> Defendants. | Case No. 1:17-cv-01925-JDB |

## [PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION

Upon consideration of Defendants' Motion for Reconsideration of Order Denying Motion to Dismiss, the Motion is hereby GRANTED. The portion of the Court's September 28, 2018, Order denying Defendants' Motion to Dismiss Plaintiff's defamation claims is VACATED. Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED IN ITS ENTIRETY.

Dated: _____          _____
       Washington, DC                                    HON. JOHN D. BATES
                                                                             United States District Judge