**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DBW PARTNERS LLC D/B/A THE CAPITOL FORUM; TREVOR BAINE; TEDDY DOWNEY; JAKE WILLIAMS; MILES PULSFORD; MATT TREACY; and DOES 1-100, inclusive, <br><br> Defendants. | **Case No. 1:17-cv-01925-JDB** |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action in its entirety, with prejudice, with each side to bear its own costs and fees.

Respectfully submitted on this 19th day of October, 2018.

/s/ *Paul A. Werner*
Joseph D. Wargo *(admitted pro hac vice)*
Jeffrey N. Williams *(admitted pro hac vice)*
WARGO & FRENCH LLP
999 Peachtree St. NE, Floor 26
Atlanta, GA 30309
Tel: 404-853-1500, Fax: 404-853-1501

Paul A. Werner (No. 482637)
Abraham J. Shanedling (No. 1034080)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1900
Fax (202) 747-1901
pwerner@sheppardmullin.com
ashanedling@sheppardmullin.com

*Attorneys for Plaintiff*

/s/ *Kevin T. Baine*
Kevin T. Baine
Stephen J. Fuzesi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000, Fax: (202) 434-5029

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 19, 2018, a true and correct copy of the foregoing document was served on the parties through the CM/ECF system or via regular mail, or certified mail return receipt requested, pursuant to the Federal Rules of Civil Procedure.

                                              /s/ *Paul A. Werner*
                                              Paul A. Werner